

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2025

No. 04-25-00071-CR

Ex parte **FRANK HERRERA**, Relator

Original Proceeding[1]

**ORDER**

Sitting:      Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice
              Velia J. Meza, Justice

Relator's petition for writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 26, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause Nos. 2024CR010101, 2024CC737237, 2024CC737161, styled *The State of Texas v. Frank Herrera* pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Jennifer Peña presiding.